CASA UNSEALED
KCM   12/5/12

~~SEALED~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
12 DEC -5 PM 12: 29
CLERK, U.S. DIST COURT
SOUTHERN DISTRICT CALIFORNIA

BY:                            DEPUTY

# ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: _____

**12MJ4488**

**(UNDER SEAL)**

The person charged as _____ Austin Roberts _____ now appears before this United States District

Court for an initial appearance as a result of the following charges having been filed in the United States

District Court for the District of Maryland on June 29th, 2011 with: Conspiracy to Distribute and Possess with

Intent to Distribute Cocaine, **in violation of:** 21 USC 846.


The charging documents and the warrant for the arrest of the defendant which was issued by the above United

States District Court are attached hereto. I hereby swear under penalty of perjury that the foregoing is true and

correct to the best of my knowledge, information, and belief.


DATED:
         December 5, 2012

_____ (signature)

**John Iverson**_____(print)
Deputy United States Marshal


Reviewed and Approved

DATE: 12/5/12 _____

_____ (signature)

Joshua Mellor _____ (print)
Assistant United States Attorney


D.O.A.
12/4/12

(1) KCM

CMC/2010R01038

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. *ELH-11-0358* |
| | : | |
| v. | : | (UNDER SEAL) |
| | : | |
| Austin Roberts, III, | : | (Conspiracy to Distribute and Possess |
| Maurice Hardy, | : | With Intent to Distribute Cocaine, |
|    a/k/a/ "Reece | : | 21 U.S.C. § 846). |
| Andrew Jackson | : | |
|    a/k/a "Humpty", | : | |
| Defendants | | |

...oOo...
## ORDER

HAVING CONSIDERED the Government's Motion to Seal Indictment and Bench Warrants in the above-numbered and styled cause and finding that the Government's Motion provides cause to seal the indictment and bench warrants, specifically that if the indictment and bench warrants were made public, it may hinder, compromise, or jeopardize the apprehension of the defendants and put the safety of the law enforcement officers at risk, it is hereby ORDERED that the said motion be GRANTED.

It is further ORDERED that until all of the defendants named in the indictment have been arrested a redacted copy of the indictment, disclosing only the name of the individual arrested, shall be provided to that individual.

It is further ORDERED that the Government shall be permitted to disclose a copy of the indictment and bench warrants to the law enforcement agents assigned to this investigation and assisting in the arrest of the defendants.

6/29/11
DATE

_____
UNITED STATES MAGISTRATE JUDGE

only the name of the individual arrested be provided to that individual.

3.      Notwithstanding this request, the Government asks that it be allowed to provide copies of the indictment and bench warrants in this case to the law enforcement agents assigned to this investigation and assisting in the arrest of the defendants.

WHEREFORE, it is respectfully requested that the indictment and bench warrants in the above-captioned matter and the instant motion be SEALED and remain sealed until all named Defendants have been arrested, or until further order of the Court.

Respectfully submitted.

Rod J. Rosenstein
United States Attorney for the District of Maryland

By:    *Christine Celeste*

Christine Celeste
Special Assistant United States Attorney
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
410-209-4871

2

SEALED

CMC/2010R01038

FILED
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2011 JUN 29 A II: 02

UNITED STATES OF AMERICA    CLERK'S OFFICE   CRIMINAL NO. ELH-11-0358
AT BALTIMORE
     v.          BY _____ :   (UNDER SEAL)
                   DEPUTY

Austin Roberts, III,               :    (Conspiracy to Distribute and Possess
Maurice Hardy,                  :      With Intent to Distribute Cocaine,
     a/k/a/ "Reece           :      21 U.S.C. § 846).
Andrew Jackson               :
     a/k/a "Humpty",         :
Defendants

...oOo...

## MOTION TO SEAL INDICTMENT AND BENCH WARRANTS

The United State of America, by its counsel, Rod J. Rosenstein, United States Attorney for

the District of Maryland, and Christine Celeste, Special Assistant United State Attorney for said

district, respectfully requests an order from the Court sealing the Indictment and Bench Warrants in

this case, and in support states the following:

1.      On June 29, 2011, the Defendants were indicted in a single count indictment

charging conspiracy to distribute and possess with intent to distribute five kilograms or more of a

mixture or substance containing a detectable amount of cocaine, in violation of 21 U.S.C. § 846.

Bench warrants were issued for each of the defendants.

2.      If the indictment and bench warrants were made public, it may hinder, compromise,

or jeopardize the apprehension of the Defendants and put the safety of the law enforcement officers

at risk. Until such time as each of the Defendants is apprehended, it is requested that the indictment

and bench warrants filed in this matter be sealed. It is further requested that in the event one or

more, but not all the Defendants are apprehended, that a redacted copy of the indictment, disclosing

1

| By: | Complaint | Information | Indictment | Name of District Court, (City) |
|---|---|---|---|---|
| | | | X | Baltimore, Maryland Northern Division |

**Offense Charged**

Conspiracy to distribute and PWID 5 kilograms or more cocaine and a detectable amount cocaine base.

| | | |
|---|---|---|
| | | Petty |
| | | Misdemeanor |
| X | | Felony |

**Defendant - U.S. vs.**

Austin Roberts, III

**Address:** 7731 Valley Oak Drive, Elkridge, Maryland

**Birth date:** * 4/17/76    **Male/Female** M    **Alien (Y/N):** N

* (Optional unless a juvenile)

| Place of offense | U.S.C. Citation |
|---|---|
| Wicomico County/Baltimore City | 21 U.S.C. § 846 |

**Proceeding**

Name of Complainant Agency, Person (& Title, if any) & Phone#

SA Sean Fitzpatrick
443-497-0355

Person is awaiting trial in another Federal or State Court, give name of court:

This person/proceeding is transferred from another district per :

| FRCrP 20 | | 21 | | 40 | Show District |

this is a reprosecution of charges previously dismissed which were dismissed on motion of:

| | U.S. Attorney | | Defense |

this prosecution relates to a pending case involving this same defendant

prior proceeding or appearances before U.S. Magistrate Judge regarding this defendant were recorded under

| Magistrate # |

**Name of Asst. U.S. Att'y** Christine Celeste, SAUSA

**Phone Number:** 410-209-4871

**Defendant**

**IS NOT IN CUSTODY**

1)  X  Has not been arrested, pending outcome of this proceeding. If not detained give date any prior summons was served on above charges.

2)  Is a fugitive

3)  Is on bail or release from (show District)

**IS IN CUSTODY**

4)  On this charge

5)  On another conviction    Federal    State

6)  Awaiting trial on other charges

If the answer to (6) is "Yes", show name of institution

Has detainer been filed? Y/N    Date filed

Date of Federal arrest    OR

Check if plea is expected.

This report amends AO 257 previously submitted

**FOR USE OF THE CLERK'S OFFICE**

**Additional Information or comments:**

| Maximum Penalty: | Ct. 1, life imprisonment, man. min. 10y, $10 million fine, 5y supervised release, $100 special assessment. |
| Date of offense: | May 2011-June 2011 |
| Length of Trial: | 2 weeks |

**HIDTA CASE:**    Yes  X    No

**OCDETF CASE:**    X  Yes    No

A TRUE BILL:

_Ava Mini Oldez_
Foreperson

_6/29/11_
Date

6/28/11

CMC/2010R01038        IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 JUN 29  A 11: 02

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

UNITED STATES OF AMERICA          CRIMINAL NO. *ELH-11-0358*

        v.                         (UNDER SEAL)

Austin Roberts, III,        :      (Conspiracy to Distribute and Possess
Maurice Hardy,              :       With Intent to Distribute Cocaine,
        a/k/a/ "Reece       :       21 U.S.C. § 846).
Andrew Jackson              :
        a/k/a "Humpty",     :
Defendants

                        ...oOo...

                        **INDICTMENT**

                        **COUNT ONE**

        The Grand Jury for the District of Maryland charges that:

From in or about May 2011 until in or about June 2011, in the District of Maryland,

                        **Austin Roberts, III,**
                        **Maurice Hardy**
                                **a/k/a "Reece"**
                        **Andrew Jackson**
                                **a/k/a "Humpty"**

the defendants herein, did knowingly and willfully combine, conspire, confederate and agree with

each other and with others known and unknown to the Grand Jury to knowingly, intentionally and

unlawfully distribute and possess with intent to distribute five kilograms or more of a mixture or

substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation

of Title 21, United States Code Section 841(a)(1).

21 U.S.C. §846

                        _Rod J. Rosenstein /cmc_
                        ROD J. ROSENSTEIN
                        United States Attorney

AO 442  (Rev. 01/09, MD 6/09)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

_____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____